UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIANO AYALA GARCIA,<br><br>    Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>    Defendant | Case No.: C 10-0290 PVT<br><br>**ORDER CONTINUING HEARING TO MAY 4, 2010 AND SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |

    On February 5, 2010, Defendant filed a Motion to Dismiss. Pursuant to Civil Local Rule 73-1(a)(2),[1] no later than five court days after that motion was filed each party was required to file either a written consent to the jurisdiction of the Magistrate Judge, or request reassignment to a District Judge.[2] Neither party has yet done so. Therefore, based on the file herein,

    IT IS HEREBY ORDERED that the deadline for the parties to file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment," is extended to April 16, 2010. Both forms

---

[1] A copy of the court's Civil Local Rules are available from the clerk of the court, or from the "Rules" section of the court's website (www.cand.uscourts.gov).

[2] Magistrate Judges have authority to hear dispositive motions, such as the motion to dismiss, only in cases where all parties have consented to Magistrate Judge jurisdiction. *See* 28 U.S.C. § 636(c)(1).

are available from the clerk of the court, or from the "Forms" section of the court's website (www.cand.uscourts.gov).

IT IS FURTHER ORDERED that the hearing on Defendant's Motion to Dismiss is CONTINUED to May 4, 2010, at 10:00 a.m. in Courtroom 5 of this court. In addition, because Plaintiff late-filed his opposition on March 29, 2010 (it was due March 16, 2010), the deadline for Defendant to file a reply brief is continued to May 20, 2010.

Dated: *April 1, 2010*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

*Counsel automatically notified of this filing via the court's Electronic Case Filing system.*

copies mailed on     *4/2/10*         to:

Mariano Ayala Garcia
980 El Toro Drive
Hollister, CA 95023

                           /s/  Donna Kirchner              for
                           MARTHA BROWN
                           Courtroom Deputy