1  ERIC D. HOUSER #130079
   STEVE W. PORNBIDA SBN 248359
2  HOUSER & ALLISON
   A Professional Corporation
3  3760 Kilroy Airport Way, Suite 260
   Long Beach, CA 90806
4  Telephone:  (949) 679-1111
   Facsimile:  (949) 679-1112
5  Email: spornbida@houser-law.com

6  Attorneys for Defendants,
   Ocwen Loan Servicing, LLC
7

8
                    UNITED STATES DISTRICT COURT FOR THE
9
              NORTHERN DISTRICT OF CALIFORNIA-SAN JOSE DIVISION
10

11
   MARIANO AYALA GARCIA, an individual;   | Case No.: 5:10-CV-00290-PVT
12 |
                Plaintiff,                | HON. PATRICIA V. TRUMBULL
13 |                                       | ORDER GRANTING
   v.                                     | **DEFENDANTS' REQUEST FOR**
14 |                                       | **TELEPHONIC APPEARANCE AT**
   OCWEN LOAN SERVICING, LLC, and         | **CASE MANAGEMENT CONFERENCE**
15 | DOES 1 through 10, inclusive           |
16 |                                       |
                Defendants.                | Date:       September 28, 2010
17 |                                       | Time:       2:00 p.m.
                                           | Courtroom:  5
18

19
                                           Complaint Filed: January 21, 2010
20                                         Trial Date:      None

21

22 ///

23 ///

24
   ///
25
   ///
26

27

28
   ―――――――――――――――――――――――――――――――――――――――――――――――――――――――
          DEFENDANTS' REQUEST FOR TELEPHONIC APPEARANCE AT CASE
                        MANAGEMENT CONFERENCE

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Counsel for defendants Ocwen Loan Servicing, LLC, respectfully requests permission to appear telephonically at the hearing at the Case Management Conference via Courtcall (if available), which is currently set for hearing on September 28, 2010 at 2:00 p.m. before this Court.

Counsel for Defendant, Steve W. Pornbida, can be reached at (949) 679-1111 on the day of the hearing.

DATED: September 24, 2010

**HOUSER & ALLISON**
A Professional Corporation

/s/ Steve W. Pornbida
Attorneys for Defendants,
Ocwen Loan Servicing, LLC

```
IT IS SO ORDERED.


DATED: September _27_, 2010.
```

MAGISTRATE JUDGE PATRICIA V. TRUMBULL

---

DEFENDANTS' REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE

1