UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIANO AYALA GARCIA,<br><br>             Plaintiff,<br><br>     v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>             Defendant | Case No.: C 10-0290 PVT<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

On May 10, 2010, the court issued an order granting in part and denying in part Defendant's motion to dismiss, and granting Plaintiff leave to file an amended complaint. On June 14, 2010, the court granted Plaintiff's application for an extension of time to file an amended complaint. The court set July 23, 2010 as the deadline for Plaintiff to file any amended complaint. No amended complaint has been filed. A Case Management Conference was held on August 24, 2010. Plaintiff failed to appear for the Case Management Conference. On August 25, 2010, the court ordered an ORDER to Show Cause; ORDER Setting Deadline for Defendant to File Answer; and ORDER Continuing Case Management Conference. The August 25, 2010 order was returned to the court by the United States Postal Service with a notation "Moved Left No Address, Unable to Forward, Return to Sender." Plaintiff failed to appear for the continued Case Management Conference on September 28, 2010. As of the date of this order, Plaintiff has not supplied the court with a new

1 | address. Based on the foregoing, and the file herein,

2 | IT IS HEREBY ORDERED that this case is DISMISSED without prejudice.

3 | Civil Local Rule 3-11 provides:

"(a) Duty to Notify. An attorney or a party proceeding *pro se* whose address changes while an action is pending must promptly file with the Court and serve upon all opposing parties a Notice of Change of Address specifying the new address.

"(b) Dismissal Due to Failure. The Court may, without prejudice, dismiss a complaint or strike an answer when:

"(1) Mail directed to the attorney or *pro se* party by the Court has been returned to the Court as not deliverable; and

"(2) The Court fails to receive within 60 days of this return a written communication from the attorney or *pro se* party indicating a current address."

Here, mail directed to Plaintiff, who is representing himself *pro se*, was returned to the court as undeliverable. It has been more than 60 days from the date the mail was returned. The court finds it appropriate to dismiss this case without prejudice based on Plaintiff's failure to appear at Case Management Conferences and failure to file a notice of his new address. *See*, CIVIL L.R. 3-11 & FED.R.CIV.PRO. 41(b) (allowing dismissal where party fails to prosecute case).

Dated:   *10/26/10*

PATRICIA V. TRUMBULL
United States Magistrate Judge

*Defense counsel automatically notified of this filing via the court's Electronic Case Filing system.*

copies mailed on                   to:

Mariano Ayala Garcia
980 El Toro Drive
Hollister, CA 95023

                                    OSCAR RIVERA
                                    Courtroom Deputy